ALLEN E. BAKER and Others, Appellants, v. THE AMERICAN EXCHANGE NATIONAL BANK OF DALLAS, TEXAS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

SPIRITUSFABRIEK ASTRA OF AMSTERDAM, HOLLAND, Respondent, v. SUGAR PRODUCTS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.; Smith, J., concurring in result by reason of the issue raised as to what is the regular arbitration clause specified in the agreement.

GUY CROSWELL SMITH, Respondent, v. ISAAC E. CHADWICK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, v. ROBERT E. SHERRY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

JOSEPH COLTER and Another, Copartners, etc., Appellants, v. WILLIAM E. PECK & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

EDWIN D. DEWITT, Appellant, v. NEW YORK HERALD COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.